UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NANTAMBU NOAH KAMBON, | Case No. 23-CV-3762 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| PAUL SCHNELL, Commissioner of Corrections - in his Official and Individual Capacities, | |
| Defendant. | |

The Court has received the February 1, 2024 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A;

3. Plaintiff Nantambu Noah Kambon's application to proceed *in forma pauperis* (ECF No. 2) is DENIED; and

4. Kambon's Motion to Dismiss (ECF No. 4) is DENIED AS MOOT.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 6, 2024                                        BY THE COURT:

                                                            s/Nancy E. Brasel
                                                            Nancy E. Brasel
                                                            United States District Judge